# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBIN HAWKINS**                                                                                    **PLAINTIFF**

**v.**                               **CASE NO. 4:19-CV-00837-BSM**

**JUSTIN CATO**                                                                                       **DEFENDANT**

## ORDER

This case is dismissed with prejudice as a result of the parties' notice of voluntary dismissal [Doc. No. 21].  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED, this 14th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE