IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBIN HAWKINS**                                                                                     **PLAINTIFF**

v.                                    **CASE NO. 4:19-CV-00837-BSM**

**JUSTIN CATO**                                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 14th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE